01-14-00361-CR

Wednesday, August 12, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

AUG 17 2015

CHRISTOPHER A. PRINE
CLERK KA

First Court of Appeals,

With all due Respect,
I'm writing in Regards to the letter/order of Abatement sent to me on October 9, 2014.
It clearly says that there should be a hearing, have a court reporter record the hearing. The trial court clerk is directed to file a supplemental clerks record containing the trial courts findings recomendations and orders with this court within 30 days of this date of this order. The court reporter is directed to file the reporters record of the hearing within 30 days of the date of this order.
** Including the order just sent, this makes the 4th time, for the trial court to be ordered to hand over the tape that was recorder on November 6, 2014.
The November 6, 2014 hearing was recorded! They were directed to record it. It was a mess and they don't want to hand

01-14-00821-CR

Wednesday August 12, 2015

First Court of Appeals

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
AUG 17 2015
CHRISTOPHER _____

With all due respect,
I'm writing in regards to this letter/
order of _____

TX Courts says that there should
be a hearing have a court reporter
present who transcribes the trial court's
directed to file a supplemental notes
record containing the trial court's findings
recommendations and _____ with this
within 30 days of this date of this court.
The court reporter is directed to file the
witness's record of the hearing within 30
days of the date of this order. But,

_____ the order just isn't. This
makes the 4th time for the trial
court _____ to be ordered to hand over
the tape that was recorded on
November 6, 2014

The November 6, 2014 hearing
was recorded! They were directed
to record it. It was a mess
and then don't want to hand

it over. If you can get the tape It will prove Judge Ruben Guerrero of unprofessional conduct! He yelled at me over and over. Saying "I didn't have the right to appeal" - Ms. Andrews, withdrew from my case then tried to represent me! She tried to tell the court my appeal was a mistake! I had to cut her off. They were trying to bury me and hide the truth!

*** That TAPE is favorable for my defense.

If there not gonna co-opererate then I should be Released!

Respectfully

Blake Monakino Spn #02156341
701 San Jacinto 4A3
Houston, TX 77002.

Im pursuing my Appeal to the fullest.
Thank you.

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Blake Monakino
SPN: 02156341 Cell: 4 A3
Street: 701 San Jacinto
Houston, Texas 77002



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 17 2015

CHRISTOPHER A. PRINE
CLERK

**MAIL RECEIVED**

**INDIGENT**

First court of Appeals
301 Fannin
Houston Tx 77002.

77002%2065